# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Alejandro NAVARRO Mendez** DOB: xx/xx/1990 United States Citizen | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. **18-06138 MJ** |

Complaint for violation of Title 18 United States Code 922(a)(6)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 25, 2018, at or near Tucson, in the District of Arizona, Alejandro NAVARRO Mendez, in connection with the acquisition of firearms, that is: one Glock model 42 .380 caliber pistol with serial number ACWK961, and one Ruger model LCP .380 caliber pistol with serial number 372163337; from Diamondback Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Diamondback Sports, which statement was intended to deceive Diamondback Sports as to a fact material to the lawfulness of such sale of said firearms to Alejandro NAVARRO Mendez under Chapter 44, Title 18, United States Code; in that Alejandro NAVARRO Mendez stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On September 26, 2018, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents (SA) interviewed Alejandro NAVARRO Mendez regarding recent suspicious firearms purchases. NAVARRO stated he had purchased two firearms from "Diamonds" (which the agents knew to be Diamondback Sports, a federally licensed firearms dealer) on September 25, 2018. NAVARRO admitted to the agents that he purchased the firearms with the intent to provide them to someone else. The paperwork kept in the records of Diamondback Sports in connection with this purchase confirmed that NAVARRO purchased a Glock model 42 .380 caliber pistol with serial number ACWK961, and a Ruger model LCP .380 caliber pistol with serial number 372163337. In completing this paperwork, NAVARRO checked "Yes" to the question, "Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person." NAVARRO stated to the agents that he only had the Ruger LCP in his possession. NAVARRO advised the agents that he met a man in Mexico for whom he makes firearm purchases. NAVARRO further stated that he has purchased twenty to thirty firearms in the past on behalf of this individual. NAVARRO stated to the agents that he receives the money for the purchases from different people every time he purchases firearms. NAVARRO stated he then meets different people after the purchases and delivers the firearms to them.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br><br> REVIEWED by AUSA Angela W. Woolridge *(signature)* | SIGNATURE OF COMPLAINANT *(signature)* <br><br> OFFICIAL TITLE <br> ATF Special Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] *(signature)* | DATE <br> October 15, 2018 |

1) See Federal rules of Criminal Procedure Rules 3 and 54