ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
Angela W. Woolridge
Assistant U.S. Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2018 NOV -7 PM 3: 19

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR18 - 2272TUC JGZ-LAB

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | I N D I C T M E N T |
| Plaintiff, | Violations: |
| vs. | 18 USC § 554(a); 22 USC § 2778; 22 CFR §§ 121.1 and 123.1 (Smuggling Goods From the United States) Count 1 |
| Alejandro Navarro Mendez, | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (False Statements in Connection with Acquisition of Firearm) Counts 2-77 |
| Defendant. | 18 U.S.C. § 924(d)(1); 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about October 26, 2017, to on or about September 26, 2018, at or near Tucson, Oro Valley, Green Valley, Nogales, and elsewhere within the District of Arizona, ALEJANDRO NAVARRO MENDEZ knowingly exported and sent, and attempted to export and send, from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is; 108 firearms; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section

2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about October 26, 2017, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: two Savage model 62F .22 caliber rifles with serial numbers 3013588 and 3013589; from Walmart Store #1612, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1612, which statement was intended to deceive Walmart Store #1612 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 3

On or about November 15, 2017, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: two Savage model 62F .22 caliber rifles with serial numbers 3047244 and 3047245; from Walmart Store #1612, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1612, which statement was intended to deceive Walmart Store #1612 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 4

On or about November 16, 2017, at or near Oro Valley, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: two Savage model 62F .22 caliber rifles with serial numbers 3007707 and 3007714; from Walmart Store #3379, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #3379, which statement was intended to deceive Walmart Store #3379 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 5

On or about November 27, 2017, at or near Oro Valley, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Ruger model 11100 .22 caliber rifle with serial number 0008-63996; from Walmart Store #3379, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #3379, which statement was intended to deceive Walmart Store #3379 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 6

On or about November 28, 2017, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Savage model 62F .22 caliber rifle with serial number 3013773; from Walmart Store

#1291, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1291, which statement was intended to deceive Walmart Store #1291 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 7

On or about November 30, 2017, at or near Oro Valley, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: one Savage model 22 .22 caliber rifle with serial number 3015606, and one Remington model 300 Win .300 caliber rifle with serial number M72154092; from Walmart Store #3379, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #3379, which statement was intended to deceive Walmart Store #3379 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 8

On or about December 3, 2017, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Remington model 770 .243 caliber rifle with seral number M72121090; from Walmart Store #1291, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1291, which statement was intended to deceive Walmart Store #1291 as

to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 9

On or about December 6, 2017, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: one Remington model 770 .243 caliber rifle with seral number M72148127, one Ruger model 10/22 .22 caliber rifle with serial number 0008-96486, and one Savage model 62F .22 caliber rifle with serial number 3059335; from Walmart Store #1612, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1612, which statement was intended to deceive Walmart Store #1612 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 10

On or about December 18, 2017, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Savage model Mark II .22 caliber rifle with serial number 3036336; from Walmart Store #1291, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1291, which statement was intended to deceive Walmart Store #1291 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO

NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 11

On or about December 30, 2017, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Marlin model XT-22MR .22 caliber rifle with serial number MM48695E; from Walmart Store #1612, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1612, which statement was intended to deceive Walmart Store #1612 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 12

On or about January 15, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: one Savage model Axis .223 caliber rifle with serial number J807405, and one Remington model 770 .243 caliber rifle with serial number M72161718; from Walmart Store #1291, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1291, which statement was intended to deceive Walmart Store #1291 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

1

## COUNT 13

2          On or about January 31, 2018, at or near Green Valley, in the District of Arizona,

3     ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that

4     is: one Savage model 62F .22 caliber rifle with serial number 3072006, and one Savage

5     model Mark II F .22 caliber rifle with serial number 3072552; from Walmart Store #1411,

6     a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States

7     Code; did knowingly make a false and fictitious written statement to Walmart Store #1411,

8     which statement was intended to deceive Walmart Store #1411 as to a fact material to the

9     lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under

10    Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ

11    stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring

12    the firearms on behalf of another person; in violation of Title 18, United States Code,

13    Sections 922(a)(6) and 924(a)(2).

14

## COUNT 14

15          On or about February 3, 2018, at or near Tucson, in the District of Arizona,

16    ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that

17    is: one Ruger model LCP .380 caliber pistol with serial number 372094573, and one Ruger

18    model SR22 .22 caliber pistol with serial number 367-63339; from Sportsman's

19    Warehouse #132, a licensed dealer of firearms within the meaning of Chapter 44, Title 18,

20    United States Code; did knowingly make a false and fictitious written statement to

21    Sportsman's Warehouse #132, which statement was intended to deceive Sportsman's

22    Warehouse #132 as to a fact material to the lawfulness of such sale of said firearms to

23    ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in

24    that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer

25    of said firearms, when in fact he was acquiring the firearms on behalf of another person; in

26    violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

27

28

## COUNT 15

On or about February 6, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: three Savage model 62F .22 caliber rifles with serial numbers 3093596, 3093603, and 3097903; from Walmart Store #5799, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #5799, which statement was intended to deceive Walmart Store #5799 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 16

On or about February 9, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Umarex Beretta model 92 .22 caliber rifle with serial number BM020392; from Sportsman's Warehouse #132, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sportsman's Warehouse #132, which statement was intended to deceive Sportsman's Warehouse #132 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 17

On or about February 12, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that

is: one Savage model 64F .22 caliber rifle with serial number 2973502; from Walmart Store #1291, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1291, which statement was intended to deceive Walmart Store #1291 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 18

On or about February 17, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Glock model 42 .380 caliber pistol with serial number ACUE199; from Diamondback Shooting Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Diamondback Shooting Sports, Inc., which statement was intended to deceive Diamondback Shooting Sports, Inc. as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 19

On or about February 18, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: one Savage model 64F .22 caliber rifle with serial number 3092880, and one Savage model Axis .22-250 caliber rifle with serial number J801326; from Walmart Store #1291, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States

Code; did knowingly make a false and fictitious written statement to Walmart Store #1291, which statement was intended to deceive Walmart Store #1291 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 20

On or about February 24, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Kel-Tec model PMR30 .22 caliber pistol with serial number WWT314; from Diamondback Shooting Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Diamondback Shooting Sports, Inc., which statement was intended to deceive Diamondback Shooting Sports, Inc. as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 21

On or about March 4, 2018, at or near Green Valley, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: two Savage model 62 .22 caliber rifles with serial numbers 3106711 and 3111454; from Walmart Store #1411, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1411, which statement was intended to deceive Walmart Store #1411 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO

NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 22

On or about March 4, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Remington model 700 .270 caliber rifle with serial number RR45549K; from Walmart Store #1612, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1612, which statement was intended to deceive Walmart Store #1612 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 23

On or about March 12, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: one Savage model 62F .22 caliber rifle with serial number 3111361, and one Savage model Axis .22-250 caliber rifle with serial number J275851; from Walmart Store #1291, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1291, which statement was intended to deceive Walmart Store #1291 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring

the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 24

On or about March 18, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Umarex Beretta model M9 .22 caliber pistol with serial number DM030913; from Sportsman's Warehouse #132, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sportsman's Warehouse #132, which statement was intended to deceive Sportsman's Warehouse #132 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 25

On or about March 18, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Savage model 64F .22 caliber rifle with serial number 3118465; from Walmart Store #1612, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1612, which statement was intended to deceive Walmart Store #1612 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 26

On or about March 23, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Ruger model 10/22 .22 caliber rifle with serial number 0011-86173; from Walmart Store #1291, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1291, which statement was intended to deceive Walmart Store #1291 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 27

On or about March 24, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Marlin model 60 .22 caliber rifle with serial number MN44455A; from Walmart Store #5799, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #5799, which statement was intended to deceive Walmart Store #5799 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 28

On or about March 25, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Umarex Beretta model M9 .22 caliber pistol with serial number BM026779; from

Second Amendment Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Second Amendment Sports, Inc., which statement was intended to deceive Second Amendment Sports, Inc. as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 29

On or about March 26, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Umarex Beretta model 92FS M9A1 .22 caliber pistol with serial number BM018001; from Second Amendment Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Second Amendment Sports, Inc., which statement was intended to deceive Second Amendment Sports, Inc. as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 30

On or about March 27, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Beretta model Bu Pico .380 caliber pistol with serial number PCP53763; from Second Amendment Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written

statement to Second Amendment Sports, Inc., which statement was intended to deceive Second Amendment Sports, Inc. as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 31**

On or about March 28, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Savage model 62F .22 caliber rifle with serial number 3107944; from Walmart Store #1612, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1612, which statement was intended to deceive Walmart Store #1612 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 32**

On or about March 30, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Marlin model 60 .22 caliber rifle with serial number MN38503A; from Walmart Store #1291, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1291, which statement was intended to deceive Walmart Store #1291 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO

NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 33

On or about April 1, 2018, at or near Green Valley, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: one Savage model 62F .22 caliber rifle with serial number 3125666, and one Keystone model Crickett .22 caliber rifle with serial number 842059; from Walmart Store #1411, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1411, which statement was intended to deceive Walmart Store #1411 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 34

On or about April 1, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Savage model 62F .22 caliber rifles with serial number 3131658; from Walmart Store #5799, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #5799, which statement was intended to deceive Walmart Store #5799 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 35**

On or about April 9, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: two Ruger model LCP .380 caliber pistols with serial numbers 371936955 and 372057732; from Diamondback Shooting Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Diamondback Shooting Sports, Inc., which statement was intended to deceive Diamondback Shooting Sports, Inc. as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 36**

On or about April 11, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Savage model 62F .22 caliber pistol with serial number 3139136; from Walmart Store #1612, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1612, which statement was intended to deceive Walmart Store #1612 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 37**

On or about April 25, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that

is: one Marlin model 60 .22 caliber rifle with serial number MN51193A; from Walmart Store #5799, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #5799, which statement was intended to deceive Walmart Store #5799 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 38

On or about April 28, 2018, at or near Green Valley, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Savage model 62F .22 caliber rifle with serial number 3139030; from Walmart Store #1411, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1411, which statement was intended to deceive Walmart Store #1411 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 39

On or about April 28, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Savage model 62F .22 caliber rifle with serial number 3132044; from Walmart Store #1291, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1291, which statement was intended to deceive Walmart Store #1291 as to a fact material

to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 40**

On or about April 30, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: two Ruger model LCP II .380 caliber pistols with serial numbers 380264587 and 380264599; from Sportsman's Warehouse #132, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sportsman's Warehouse #132, which statement was intended to deceive Sportsman's Warehouse #132 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 41**

On or about May 5, 2018, at or near Green Valley, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: one Remington model 700 .223 caliber rifle with serial number RR87324F, and one Marlin model 60 .22 caliber rifle with serial number MN46985A; from Walmart Store #1411, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1411, which statement was intended to deceive Walmart Store #1411 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO

MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 42

On or about May 7, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: one Savage model 62F .22 caliber rifle with serial number 3131865, and one Marlin model 60 .22 caliber rifle with serial number MN28181A; from Walmart Store #1612, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1612, which statement was intended to deceive Walmart Store #1612 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 43

On or about May 7, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Savage model 64F .22 caliber rifle with serial number 3092874; from Walmart Store #1291, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1291, which statement was intended to deceive Walmart Store #1291 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 44**

On or about May 7, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Savage model 62F .22 caliber rifle with serial number 3152807; from Walmart Store #1291, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1291, which statement was intended to deceive Walmart Store #1291 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 45**

On or about May 10, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Springfield model XDS9 caliber 9mm pistol with serial number 53875610; from Diamondback Shooting Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Diamondback Shooting Sports, Inc., which statement was intended to deceive Diamondback Shooting Sports, Inc. as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 46**

On or about May 16, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that

is: one Ruger model 10/22 .22 caliber rifle with serial number 0011-86217; from Walmart Store #1612, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1612, which statement was intended to deceive Walmart Store #1612 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 47**

On or about May 20, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Remington model 770 .243 caliber rifle with serial number M72147842; from Walmart Store #1612, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1612, which statement was intended to deceive Walmart Store #1612 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 48**

On or about May 26, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Savage model 62F .22 caliber rifle with serial number 3158029; from Walmart Store #1291, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1291, which statement was intended to deceive Walmart Store #1291 as to a fact material

to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 49

On or about May 29, 2018, at or near Green Valley, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Remington model 770 .308 caliber rifle with serial number H70013607; from Walmart Store #1411, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1411, which statement was intended to deceive Walmart Store #1411 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 50

On or about May 31, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: one Savage model 62F .22 caliber rifle with serial number 3165530, and one Remington model 770 .243 caliber rifle with serial number M72124148; from Walmart Store #5799, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #5799, which statement was intended to deceive Walmart Store #5799 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring

the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2)

## COUNT 51

On or about June 5, 2018, at or near Green Valley, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Marlin model 60 .22 caliber rifle with serial number MN58986A; from Walmart Store #1411, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1411, which statement was intended to deceive Walmart Store #1411 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 52

On or about June 28, 2018, at or near Green Valley, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: one Ruger model 10/22 .22 caliber rifle with serial number 0012-08099, and one Savage model 62F .22 caliber rifle with serial number 3165691; from Walmart Store #1411, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1411, which statement was intended to deceive Walmart Store #1411 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 53**

On or about June 28, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Savage model 62F .22 caliber rifle with serial number 3184829; from Walmart Store #1612, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1612, which statement was intended to deceive Walmart Store #1612 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 54**

On or about July 9, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Umarex Beretta model M9 .22 caliber pistol with serial number BM023226; from Second Amendment Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Second Amendment Sports, Inc., which statement was intended to deceive Second Amendment Sports, Inc. as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 55**

On or about July 13, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that

is: one Smith & Wesson, model M&P 22 .22 caliber pistol with serial number MP144335; from Second Amendment Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Second Amendment Sports, Inc., which statement was intended to deceive Second Amendment Sports, Inc. as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 56

On or about July 16, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Umarex Beretta model M9 .22 caliber pistol with serial number BM027763; from Second Amendment Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Second Amendment Sports, Inc., which statement was intended to deceive Second Amendment Sports, Inc. as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 57

On or about July 24, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: two Walther model P22 .22 caliber pistols with serial numbers WA182594 and WA210985; from Diamondback Shooting Sports, Inc., a licensed dealer of firearms within

the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Diamondback Shooting Sports, Inc., which statement was intended to deceive Diamondback Shooting Sports, Inc. as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 58

On or about July 27, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Ruger model EC9S 9mm caliber pistol with serial number 454-14687; from Climags, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Climags, which statement was intended to deceive Climags as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 59

On or about July 27, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Walther model P22 .22 caliber pistol with serial number WA194839; from Sportsman's Warehouse #132, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sportsman's Warehouse #132, which statement was intended to deceive Sportsman's Warehouse #132 as to a fact material to the lawfulness of such sale of said

firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 60

On or about July 30, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: two Walther model P22 .22 caliber pistols with serial numbers WA220136 and WA220080; from Second Amendment Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Second Amendment Sports, Inc., which statement was intended to deceive Second Amendment Sports, Inc. as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 61

On or about August 3, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearms, that is: two Bersa model Thunder 380 .380 caliber pistols with serial numbers J11400 and J11401; from Cash Box, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Cash Box, which statement was intended to deceive Cash Box as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring

the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 62

On or about August 3, 2018, at or near Green Valley, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Savage model Axis .223 caliber rifle with serial number K587634; from Walmart Store #1411, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1411, which statement was intended to deceive Walmart Store #1411 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 63

On or about August 8, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Beretta model M9 .22 caliber pistol with serial number BM011928; from Diamondback Shooting Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Diamondback Shooting Sports, Inc., which statement was intended to deceive Diamondback Shooting Sports, Inc. as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 64**

On or about August 8, 2018, at or near Green Valley, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Savage model 62F .22 caliber rifle with serial number 3190789; from Walmart Store #1411, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1411, which statement was intended to deceive Walmart Store #1411 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 65**

On or about August 17, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one American Tactical model GSG 1911 .22 caliber pistol with serial number A787595; from BKM Guns, Inc., doing business as Murphy's Guns & Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to BKM Guns, Inc., which statement was intended to deceive BKM Guns, Inc. as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 66**

On or about August 25, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that

is: one Glock model 22GEN4 .40 caliber pistol with serial number BHAH397; from Glockmeister, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Glockmeister, which statement was intended to deceive Glockmeister as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 67

On or about September 1, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: one GSG model Firefly .22 caliber pistol with serial number F410414, and one Marlin model 60 .22 caliber rifle with serial number MN68385A; from Sportsman's Warehouse #132, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sportsman's Warehouse #132, which statement was intended to deceive Sportsman's Warehouse #132 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 68

On or about September 1, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Glock model 42 .380 caliber pistol with serial number ACXW548; from Diamondback Shooting Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written

statement to Diamondback Shooting Sports, Inc., which statement was intended to deceive Diamondback Shooting Sports, Inc. as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 69**

On or about September 4, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: one Remington model RM380 .380 caliber pistol with serial number RM052111C, and one Browning model Buckmark .22 caliber pistol with serial number 515ZP07338; from Sportsman's Warehouse #132, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sportsman's Warehouse #132, which statement was intended to deceive Sportsman's Warehouse #132 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 70**

On or about September 11, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: two Savage model 62F .22 caliber rifles with serial numbers 3208948 and 3211998; from Walmart Store #5799, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #5799, which statement was intended to deceive Walmart Store

#5799 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 71

On or about September 15, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: one Glock model 42 .380 caliber pistol with serial number ACZX330, and one Ruger model SR22 .22 caliber pistol with serial number 366-60355; from Glockmeister, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Glockmeister, which statement was intended to deceive Glockmeister as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 72

On or about September 15, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Ruger model 10/22 .22 caliber rifle with serial number 0012-19595; from Walmart Store #1291, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Walmart Store #1291, which statement was intended to deceive Walmart Store #1291 as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when

in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 73

On or about September 19, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: two Ruger model LCRX .327 caliber revolvers with serial numbers 1541-70660 and 1541-10898; from N&N Firearms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to N&N Firearms, which statement was intended to deceive N&N Firearms as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 74

On or about September 19, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: one GSG model Firefly .22 caliber pistol with serial number F410333, and one Browning model Buckmark .22 caliber pistol with serial number 515ZP07325; from Sportsman's Warehouse #132, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sportsman's Warehouse #132, which statement was intended to deceive Sportsman's Warehouse #132 as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 75

On or about September 25, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: one Glock model 42 .380 caliber pistol with serial number ACWK961, and one Ruger model LCP .380 caliber pistol with serial number 372163337; from Diamondback Shooting Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Diamondback Shooting Sports, Inc., which statement was intended to deceive Diamondback Shooting Sports, Inc. as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 76

On or about September 25, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of a firearm, that is: one Walther model CCP 9mm caliber pistol with serial number WK070889; from BKM Guns, Inc., doing business as Murphy's Guns & Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to BKM Guns, Inc., which statement was intended to deceive BKM Guns, Inc. as to a fact material to the lawfulness of such sale of said firearm to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 77**

On or about September 26, 2018, at or near Tucson, in the District of Arizona, ALEJANDRO NAVARRO MENDEZ, in connection with the acquisition of firearms, that is: two Ruger model LCP .380 caliber pistols with serial numbers 371841322 and 372127929; from SnG Tactical – SnG Arms, doing business as Smoke & Glory, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to SnG Tactical – SnG Arms, which statement was intended to deceive SnG Tactical – SnG Arms as to a fact material to the lawfulness of such sale of said firearms to ALEJANDRO NAVARRO MENDEZ under Chapter 44, Title 18, United States Code; in that ALEJANDRO NAVARRO MENDEZ stated that he was the actual transferee/buyer of said firearms, when in fact he was acquiring the firearms on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE ALLEGATION**

Upon conviction of one or more of the offenses alleged in Counts 1 through 77 of this Indictment, the defendant, ALEJANDRO NAVARRO MENDEZ shall forfeit to the United States:

a)        pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 554, or a conspiracy to commit such offense; and

b)        pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c) any firearms and ammunition involved in the commission of an offense in violation of Title 18, United States Code, Section 922, including, but not limited to:

- Savage model 62F .22 caliber rifle with serial number 3013588
- Savage model 62F .22 caliber rifle with serial number 3013589
- Savage model 62F .22 caliber rifle with serial number 3047244

1
- Savage model 62F .22 caliber rifle with serial number 3047245
2
- Savage model 62F .22 caliber rifle with serial number 3007707
- Savage model 62F .22 caliber rifle with serial number 3007714
3
- Ruger model 11100 .22 caliber rifle with serial number 0008-63996
4
- Savage model 62F .22 caliber rifle with serial number 3013773
- Savage model 22 .22 caliber rifle with serial number 3015606
5
- Remington model 300 Win .300 caliber rifle with serial number M72154092
6
- Remington model 770 .243 caliber rifle with seral number M72121090
- Remington model 770 .243 caliber rifle with seral number M72148127
7
- Ruger model 10/22 .22 caliber rifle with serial number 0008-96486
8
- Savage model 62F .22 caliber rifle with serial number 3059335
9
- Savage model Mark II .22 caliber rifle with serial number 3036336
- Marlin model XT-22MR .22 caliber rifle with serial number MM48695E
10
- Savage model Axis .223 caliber rifle with serial number J807405
11
- Remington model 770 .243 caliber rifle with serial number M72161718
12
- Savage model 62F .22 caliber rifle with serial number 3072006
- Savage model Mark II F .22 caliber rifle with serial number 3072552
13
- Ruger model LCP .380 caliber pistol with serial number 372094573
14
- Ruger model SR22 .22 caliber pistol with serial number 367-63339
15
- Savage model 62F .22 caliber rifle with serial number 3093596
- Savage model 62F .22 caliber rifle with serial number 3093603
16
- Savage model 62F .22 caliber rifle with serial number 3097903
17
- Umarex Beretta model 92 .22 caliber rifle with serial number BM020392
18
- Savage model 64F .22 caliber rifle with serial number 2973502
19
- Glock model 42 .380 caliber pistol with serial number ACUE199
- Savage model 64F .22 caliber rifle with serial number 3092880
20
- Savage model Axis .22-250 caliber rifle with serial number J801326
21
- Kel-Tec model PMR30 .22 caliber pistol with serial number WWT314
22
- Savage model 62 .22 caliber rifle with serial number 3106711
- Savage model 62 .22 caliber rifle with serial number 3111454
23
- Remington model 700 .270 caliber rifle with serial number RR45549K
24
- Savage model 62F .22 caliber rifle with serial number 3111361
- Savage model Axis .22-250 caliber rifle with serial number J275851
25
- Umarex Beretta model M9 .22 caliber pistol with serial number DM030913
26
- Savage model 64F .22 caliber rifle with serial number 3118465
27
- Ruger model 10/22 .22 caliber rifle with serial number 0011-86173
- Marlin model 60 .22 caliber rifle with serial number MN44455A
28
- Umarex Beretta model M9 .22 caliber pistol with serial number BM026779

- Umarex Beretta model 92FS M9A1 .22 caliber pistol with serial number BM018001
- Beretta model Bu Pico .380 caliber pistol with serial number PCP53763
- Savage model 62F .22 caliber rifle with serial number 3107944
- Marlin model 60 .22 caliber rifle with serial number MN38503A
- Savage model 62F .22 caliber rifle with serial number 3125666
- Keystone model Crickett .22 caliber rifle with serial number 842059
- Savage model 62F .22 caliber rifles with serial number 3131658
- Ruger model LCP .380 caliber pistol with serial number 371936955
- Ruger model LCP .380 caliber pistol with serial number 372057732
- Savage model 62F .22 caliber pistol with serial number 3139136
- Marlin model 60 .22 caliber rifle with serial number MN51193A
- Savage model 62F .22 caliber rifle with serial number 3139030
- Savage model 62F .22 caliber rifle with serial number 3132044
- Ruger model LCP II .380 caliber pistol with serial number 380264587
- Ruger model LCP II .380 caliber pistol with serial number 380264599
- Remington model 700 .223 caliber rifle with serial number RR87324F
- Marlin model 60 .22 caliber rifle with serial number MN46985A
- Savage model 62F .22 caliber rifle with serial number 3131865
- Marlin model 60 .22 caliber rifle with serial number MN28181A
- Savage model 64F .22 caliber rifle with serial number 3092874
- Savage model 62F .22 caliber rifle with serial number 3152807
- Springfield model XDS9 caliber 9mm pistol with serial number 53875610
- Ruger model 10/22 .22 caliber rifle with serial number 0011-86217
- Remington model 770 .243 caliber rifle with serial number M72147842
- Savage model 62F .22 caliber rifle with serial number 3158029
- Remington model 770 .308 caliber rifle with serial number H70013607
- Savage model 62F .22 caliber rifle with serial number 3165530
- Remington model 770 .243 caliber rifle with serial number M72124148
- Marlin model 60 .22 caliber rifle with serial number MN58986A
- Ruger model 10/22 .22 caliber rifle with serial number 0012-08099
- Savage model 62F .22 caliber rifle with serial number 3165691
- Savage model 62F .22 caliber rifle with serial number 3184829
- Umarex Beretta model M9 .22 caliber pistol with serial number BM023226
- Smith & Wesson, model M&P 22 .22 caliber pistol with serial number MP144335
- Umarex Beretta model M9 .22 caliber pistol with serial number BM027763
- Walther model P22 .22 caliber pistol with serial number WA182594
- Walther model P22 .22 caliber pistol with serial number WA210985

- Ruger model EC9S 9mm caliber pistol with serial number 454-14687
- Walther model P22 .22 caliber pistol with serial number WA194839
- Walther model P22 .22 caliber pistol with serial number WA220136
- Walther model P22 .22 caliber pistol with serial number WA220080
- Bersa model Thunder 380 .380 caliber pistol with serial number J11400
- Bersa model Thunder 380 .380 caliber pistol with serial number J11401
- Savage model Axis .223 caliber rifle with serial number K587634
- Beretta model M9 .22 caliber pistol with serial number BM011928
- Savage model 62F .22 caliber rifle with serial number 3190789
- American Tactical model GSG 1911 .22 caliber pistol with serial number A787595
- Glock model 22GEN4 .40 caliber pistol with serial number BHAH397
- GSG model Firefly .22 caliber pistol with serial number F410414
- Marlin model 60 .22 caliber rifle with serial number MN68385A
- Glock model 42 .380 caliber pistol with serial number ACXW548
- Remington model RM380 .380 caliber pistol with serial number RM052111C
- Browning model Buckmark .22 caliber pistol with serial number 515ZP07338
- Savage model 62F .22 caliber rifle with serial number 3208948
- Savage model 62F .22 caliber rifle with serial number 3211998
- Glock model 42 .380 caliber pistol with serial number ACZX330
- Ruger model SR22 .22 caliber pistol with serial number 366-60355
- Ruger model 10/22 .22 caliber rifle with serial number 0012-19595
- Ruger model LCRX .327 caliber revolver with serial number 1541-70660
- Ruger model LCRX .327 caliber revolver with serial number 1541-10898
- GSG model Firefly .22 caliber pistol with serial number F410333
- Browning model Buckmark .22 caliber pistol with serial number 515ZP07325
- Glock model 42 .380 caliber pistol with serial number ACWK961
- Ruger model LCP .380 caliber pistol with serial number 372163337
- Walther model CCP 9mm caliber pistol with serial number WK070889
- Ruger model LCP .380 caliber pistol with serial number 371841322
- Ruger model LCP .380 caliber pistol with serial number 372127929

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with

1   other property which cannot be divided without difficulty, it is the intent of the United
2   States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title
3   28, United States Code, Section 2461(c), to seek forfeiture of any other property of said
4   defendant up to the value of the above forfeitable property, including, but not limited to,
5   all property, both real and personal, owned by the defendant.

6       All pursuant to Title 18, United States Code, Sections 924(d)(1), 981(a)(1)(C); and
7   Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal
8   Procedure.

A TRUE BILL

/ S /

Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/ S /

**REDACTED FOR
PUBLIC DISCLOSURE**

Assistant U.S. Attorney

Dated:   November 7, 2018